\

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN POSADAS, | CASE NO. 1:10-cv-00645-GBC PC |
| Plaintiff, | ORDER STRIKING COMPLAINT FROM RECORD FOR LACK OF SIGNATURE |
| v. | (ECF No. 1) |
| RANDI BLASHAW, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Erwin Posadas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 29, 2010. Although Plaintiff includes a paragraph that the complaint is signed under penalty of perjury, he neglected to sign page 7 of the complaint.

Unsigned documents cannot be considered by the Court, and Plaintiff's complaint is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff SHALL file an amended complaint within **thirty (30) days** from the date of service of this order. The failure to comply with this order will result in dismissal of this action in its entirety.

IT IS SO ORDERED.

Dated:   February 18, 2011

UNITED STATES MAGISTRATE JUDGE

1