1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9 | ERWIN POSADAS,                          CASE NO. 1:10-cv-00645-GBC (PC)

10 |                 Plaintiff,              ORDER DISMISSING PLAINTIFF'S CASE
                                            WITHOUT PREJUDICE FOR FAILURE TO
11 |         v.                             OBEY A COURT ORDER

12 | RANDI BLASHAW, et al.,                 CLERK TO CLOSE CASE

13 |                 Defendants.
    _____/

14
15

### ORDER

16          Plaintiff Erwin Posadas is a state prisoner proceeding pro se and in forma pauperis

17 in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 18, 2011, the Court

18 issued an Order striking Plaintiff's Complaint for lack of signature. (ECF No. 9.) The Court

19 ordered Plaintiff to file an amended complaint within thirty days. (Id.) Plaintiff was warned

20 that failure to comply with the Court's Order may result in dismissal of this action.  (Id.)

21 Plaintiff failed to file an amended complaint.

22          On May 20, 2011, the Court issued a Show Cause Order. (ECF No. 10.) The Show

23 Cause Order again warned Plaintiff that the case would be dismissed if Plaintiff failed to

24 respond to the Order and/or file an amended complaint by June 27, 2011. (Id.) To date,

25 the Court has not received a response to the Show Cause Order and Plaintiff has not filed

26 an amended complaint.  As a result, there is no pleading on file which sets forth any claims

27 upon which relief may be granted.

28          Accordingly, this action is HEREBY DISMISSED, without prejudice, based on

1

1    Plaintiff's failure to obey several Court Orders.  The Clerk shall close the case.

2    IT IS SO ORDERED.

3

     Dated:    July 8, 2011
4                                                 _____
                                                  UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28